# UNIVERSAL SURVEILLANCE SYSTEMS, INC., Plaintiff–Appellant,

v.

# SENSORMATIC ELECTRONICS CORPORATION, Defendant–Cross Appellant.

No. 04–1021, 04–1031.

United States Court of Appeals, Federal Circuit.

Oct. 5, 2004.

Rehearing and Rehearing En Banc Denied Nov. 15, 2004.

Before LOURIE, RADER, and GAJARSA, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.